

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00390-CR

| | | |
|---|---|---|
| RAFAEL ALEJANDRO JR., Appellant | § | On Appeal from the 485th District Court |
| | § | of Tarrant County (1656147) |
| v. | § | September 25, 2025 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's Count 1 judgment. The judgment for Count 1 is modified to delete (1) the $100 fine and (2) the following words from the special finding, "$290.00 COURT COSTS, REIMBURSEMENT FEES IN THE AMOUNT OF $20.00 AND $100.00 CHILD ABUSE FINE TO RUN CONCURRENT WITH SENTENCE." It is ordered that the Count 1 judgment of the trial court is affirmed

as modified. Because there was no error in the trial court's Count 8 and Count 9 judgments, we affirm the trial court's Count 8 and Count 9 judgments.

We modify the bill of costs to provide that the $290 in court costs and the $20 in reimbursement fees assessed against Alejandro are both due on his release from confinement.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth